

# Velva L. Price
## Travis County District Clerk
**Travis County Courthouse Complex**
**P.O. Box 679003**
**Austin, Texas 78767-9003**

November 22, 2016

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

*RE: 03-16-00713-CV;     D-1-GN-14-002456*

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-14-002456 and Court of Appeals number 03-16-00713-CV, styled, *BANK OF NEW YORK MELLON VS. JAMES C. GUZMAN, GLORIA A. GUZMAN, AND AISD*, was due in your office November 21, 2016. This office has not received payment, affidavit of inability to pay, or a designation of clerk's record as of today, November 22, 2016.

Sincerely,

*Victoria Chambers*

Travis County Deputy District Clerk
Civil Division
Court Clerk assigned to Honorable Orlinda Naranjo
P.O. Box 679003
Austin, Texas 78767
512-854-8956

**Administrative Offices**
(512) 854-9457
fax: 854-4744

**Civil and Family Division**
(512) 854-9457
fax: 854-9549

**Criminal Division**
(512) 854-9420
fax: 854-4566

**Jury Office**
(512) 854-9669
fax: 854-4457